UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| BETTY NEULIEB,<br><br>Plaintiff,<br><br>v.<br><br>AMERICAN MEDICAL SYSTEMS INC., *et al.*,<br><br>Defendants. | Case No. 20-CV-05144RSL<br><br>STIPULATED MOTION AND ORDER OF DISMISSAL OF ENDO PHARMACEUTICALS INC., ENDO HEALTH SOLUTIONS INC., AMERICAN MEDICAL SYSTEMS HOLDINGS, ASTORA WOMEN'S HEALTH, INC., ASTORA WOMEN'S HEALTH HOLDINGS, AND ASTORA HOLDINGS, LLC |

## I.    STIPULATION

**WHEREAS,** on February 2, 2020, Plaintiff filed a Complaint naming Endo Pharmaceuticals Inc., Endo Health Solutions Inc., American Medical Systems Holdings, Astora Women's Health, Inc., Astora Women's Health Holdings, and Astora Holdings, LLC (collectively, the "Endo Defendants"), along with American Medical Systems, Inc., Astora Women's Health, LLC, and American Medical Systems, LLC, as Defendants in the above-captioned action.

**WHEREAS,** all parties who have appeared stipulate to the dismissal of the above-referenced Endo Defendants.

**IT IS HEREBY STIPULATED**, through undersigned counsel, pursuant to Federal Rule of Civil Procedure 41(a), the Endo Defendants are dismissed, and each party shall bear

STIPULATION AND ORDER DISMISSING
CERTAIN DEFENDANTS

their own costs and expenses, including attorneys' fees.

Dated this 7th day of April, 2020.

| WEINSTEIN CAGGIANO PLLC | SCHWABE WILLIAMSON & WYATT, P.C. |
|---|---|
| By: /s/ Alexandra B. Caggiano (per email authorization April 7, 2020) | By: /s/ Anne M. Talcott |

Alexandra B. Caggiano, WSBA #47862
Email: alex@weinsteincaggiano.com
Brian Weinstein, WSBA #24497
Email: brian@weinsteincaggiano.com
Phillip Alexander Chu, WSBA #46014
Email: phillip@weinsteincaggiano.com

TRACEY & FOX LAW FIRM
Clint J. Casperson, *pro hac vice*
Email: ccasperson@traceylawfirm.com
Shawn P. Fox, *pro hac vice*
Email: sfox@traceylawfirm.com

*Attorneys for Plaintiff Betty Neuleib*

Anne M. Talcott, WSBA #26886
Email: atalcott@schwabe.com
Allison K. Krashan, WSBA #36977
Email: akrashan@schwabe.com

REED SMITH LLP
Barbara R. Binis, *pro hac vice*
Email: bbinis@reedsmith.com
Stephen J. McConnell, *pro hac vice*
Email: smcconnell@reedsmith.com
Ryan K. Blake, *pro hac vice*
Email: rblake@reedsmith.com
Whitney L. Mayer, *pro hac vice*
Email: wmayer@reedsmith.com
Three Logan Square
1717 Arch Street, Suite 3100
Philadelphia, PA 19103

*Attorneys for Defendant American Medical Systems Inc.*

STIPULATION AND ORDER DISMISSING
CERTAIN DEFENDANTS

## II. ORDER

It is so ORDERED.

Dated this 10th day of April, 2020.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

Presented by:

| WEINSTEIN CAGGIANO PLLC | SCHWABE WILLIAMSON & WYATT, P.C. |
|---|---|
| By: /s/ Alexandra B. Caggiano (per email authorization April 7, 2020)<br>Alexandra B. Caggiano, WSBA #47862<br>Email: alex@weinsteincaggiano.com<br>Brian Weinstein, WSBA #24497<br>Email: brian@weinsteincaggiano.com<br>Phillip Alexander Chu, WSBA #46014<br>Email: phillip@weinsteincaggiano.com<br><br>TRACEY & FOX LAW FIRM<br>Clint J. Casperson, *pro hac vice*<br>Email: ccasperson@traceylawfirm.com<br>Shawn P. Fox, *pro hac vice*<br>Email: sfox@traceylawfirm.com<br><br>*Attorneys for Plaintiff Betty Neuleib* | By: /s/ Anne M. Talcott<br>Anne M. Talcott, WSBA #26886<br>Email: atalcott@schwabe.com<br>Allison K. Krashan, WSBA #36977<br>Email: akrashan@schwabe.com<br><br>REED SMITH LLP<br>Barbara R. Binis, *pro hac vice*<br>Email: bbinis@reedsmith.com<br>Stephen J. McConnell, *pro hac vice*<br>Email: smcconnell@reedsmith.com<br>Ryan K. Blake, *pro hac vice*<br>Email: rblake@reedsmith.com<br>Whitney L. Mayer, *pro hac vice*<br>Email: wmayer@reedsmith.com<br>Three Logan Square<br>1717 Arch Street, Suite 3100<br>Philadelphia, PA 19103<br><br>*Attorneys for Defendant American Medical Systems Inc.* |

STIPULATION AND ORDER DISMISSING
CERTAIN DEFENDANTS

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
1211 SW 5th Ave., Suite 1900
Portland, OR 97204
Telephone: 503-222-998