UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| BETTY NEULEIB,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>AMERICAN MEDICAL SYSTEMS, INC., AMERICAN MEDICAL SYSTEMS, LLC, and ASTORIA WOMEN'S HEALTH LLC,<br><br>　　　　Defendants. | NO.  2:20-CV-05144-SAB<br><br>**ORDER GRANTING DEFENDANT AMERICAN MEDICAL SYSTEM INC.'S MOTION TO MODIFY CASE CAPTION** |

　　　Before the Court is Defendant American Medical System, Inc.'s Motion to Modify Case Caption, ECF No. 26. The motion was heard without oral argument.

　　　On April 10, 2020, the Court granted the parties' stipulated motion to dismiss the Endo Defendants. ECF No. 25. These Defendants include: Endo Pharmaceuticals Inc, Endo Health Solutions Inc., American Medical Systems Holdings, Astora Women's Health, Inc., Astora Women's Health Holdings and Astora Holdings, LLC. Defendant American Medical Systems, Inc. now moves to modify the case caption. Good cause exists to grant the motion.

//
//
//
//

**ORDER GRANTING DEFENDANT AMERICAN MEDICAL SYSTEM INC.'S MOTION TO MODIFY CASE CAPTION** ~ 1

1     Accordingly, **IT IS ORDERED:**

2     1.  Defendant America Medical System, Inc.'s Motion to Modify Case
3 Caption, ECF No. 26, is **GRANTED**.

4     2. The parties are directed to use the caption set forth above in future
5 pleadings.

6     **IT IS SO ORDERED**. The District Court Clerk is hereby directed to enter
7 this Order and to provide copies to counsel.

8     **DATED** this 15th day of June 2020.

_____
STANLEY A. BASTIAN
United States District Judge

**ORDER GRANTING DEFENDANT AMERICAN MEDICAL SYSTEM INC.'S MOTION TO MODIFY CASE CAPTION ~ 2**