UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| BETTY NEULEIB,<br><br>      Plaintiff,<br><br>      v.<br><br>AMERICAN MEDICAL SYSTEMS, INC., AMERICAN MEDICAL SYSTEMS, LLC, and ASTORA WOMEN'S HEALTH LLC,<br><br>      Defendants. | NO. 2:20-CV-05144-SAB<br><br>**ORDER AMENDING CAPTION** |

Previously, the Court granted Defendant's Motion to Modify Case Caption and ordered the parties to use the caption set forth in the Order. ECF No. 33. The caption in that Order contained a typo. This Order corrects the caption that should be used by the parties.

//
//
//
//
//
//
//
//

**ORDER AMENDING CAPTION** ~ 1

Accordingly, **IT IS ORDERED:**

1. The parties are directed to use the caption set forth above in future pleadings.

**IT IS SO ORDERED**. The District Court Clerk is hereby directed to enter this Order and to provide copies to counsel.

**DATED** this 15th day of June 2020.

_____
STANLEY A. BASTIAN
United States District Judge

**ORDER AMENDING CAPTION** ~ 2