UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| BETTY NEULEIB,<br><br>    Plaintiff,<br><br>    v.<br><br>AMERICAN MEDICAL SYSTEMS, INC., AMERICAN MEDICAL SYSTEMS, LLC, and ASTORIA WOMEN'S HEALTH LLC,<br><br>    Defendants. | NO. 3:20-CV-05144-SAB<br><br>**JURY TRIAL SCHEDULING ORDER**<br><br>**JURY TRIAL SCHEDULED FOR JANUARY 31, 2022** |

A telephonic scheduling conference was held in this matter on September 22, 2020. Shawn Fox, Clint Casperson and Brian Weinstein appeared on behalf of Plaintiff; Rachel Weil and Anne Talcott appeared on behalf of Defendants.

The Court has reviewed the parties' Joint Status Certificate, ECF No. 32, has heard from counsel, is fully informed, and orders the following schedule for jury trial in this matter.

Accordingly, **IT IS ORDERED:**

**PROFESSIONALISM AND COURT-ASSISTED MEDIATION**

**1. Civility and Professional Conduct**. Counsel should review and employ the Washington Rule of Professional Conduct 3.4 (Fairness to Opposing Party and Counsel).

**2. Scheduling Order is Binding**. Rule 16(f) of the Federal Rules of Civil

**JURY TRIAL SCHEDULING ORDER** * 1

Procedure provides for sanctions for failure to obey the Scheduling Order. The Court will usually accept stipulations to modify the dates specified in this Order, but modifications of pretrial deadlines may also result in a modification of the trial date.

**3. Settlement Conference/Mediation.** The parties are encouraged to engage in settlement negotiations as early as possible and should contact the Court if they believe a settlement conference would be helpful.

## TRIAL DATES

**4. Jury Trial.** The jury trial shall commence on **January 31, 2022**, at **9:00 a.m.** in **SEATTLE**, Washington. Counsel estimates a trial length of twelve to fifteen days.

**5. Pretrial Conference.** An in-person pretrial conference will be held on **January 18, 2022**, at **9:00 a.m.** in **SEATTLE**, Washington.

## DISCOVERY DEADLINES

**6. Initial Disclosures.** The parties indicate that initial disclosures have been exchanged.

**7. Expert Disclosures.**

    A. *Initial Expert Disclosures*. Each Party shall identify its experts and serve written reports as required by Rule 26(a)(2) on all other parties no later than **June 15, 2021**. Each Party shall also provide dates for which those experts can be available for deposition.

    B. *Rebuttal Expert Disclosures*. Each Party shall identify its rebuttal experts and serve written reports as required by Rule 26(a)(2) on all other parties no later than **July 15, 2021**. Each Party shall also provide dates for which those experts can be available for deposition.

    C. *Modifications*. The parties may modify the deadline for exchange of expert disclosures by joint stipulation filed with the court; a motion is not required.

**8. Discovery.** Discovery shall be case-specific in nature, focusing on Plaintiff's specific claims (e.g. discovery related to Plaintiff's medical history and alleged

**JURY TRIAL SCHEDULING ORDER * 2**

injuries, her treating and implanting physicians, the manufacturing information related to the specific device implanted in Plaintiff).

A. *Discovery Limitations.*

i. *Depositions.* No more than ten depositions may be taken by the plaintiffs, defendants, or third-party defendants without leave of the Court. Fed. R. Civ. P. 30(a)(2), (d)(1). Depositions shall be limited to a maximum of three (3) hours for fact depositions and six (6) hours for expert depositions.

ii. *Interrogatories.* In lieu of Requests for Admissions and Written Interrogatories, the Parties agree to follow the discovery procedure used in MDL NO. 2325 and the MDL Court's Pretrial Order ("PTO") #239. Specifically, the Parties agree to provide the disclosures set forth in PTO #239, including a Plaintiff Fact Sheet and Defendant Fact Sheet.

iii. *Requests for Production.* The Parties agree that Plaintiff will accept all documents that AMS Defendants have produced or will produce as part of AMS Defendants' MDL Production in this litigation. The Parties further agree that Plaintiff will accept the MDL production in the format in which it was produced in the MDL, which was produced in accordance with MDL PTO #15.

B. *Discovery Deadline*. All discovery shall be completed on or before **September 13, 2021**.

C. *Responses*. To be timely, discovery requests must be served sufficiently in advance of the deadline to allow for timely response by the cutoff date.

D. *Necessity*. The parties shall file no discovery except as necessary to support motions or objections.

E. *Discovery Conferences*. To avoid wasted time and expense, Counsel may contact chambers to schedule a telephonic conference to obtain an expedited ruling on discovery disputes. Prior to the conference, each party may submit to the Court a one-page summary explaining the discovery dispute.

F. Within thirty (30) days after entry of this Order, Plaintiff will produce the

**JURY TRIAL SCHEDULING ORDER * 3**

completed Plaintiff's Fact Sheet and related information utilized in the MDL 2325.

G. Within sixty (60) days after entry of this Order, Defendants will produce the Defendants' Fact Sheet and related information utilized in MDL 2325.

## MOTION DEADLINES

**9. Motions to Amend Pleadings**. Any motion to amend the pleadings shall be filed and served by **July 6, 2021**.

**10. *Daubert* Motion Deadline.** Challenges to the admissibility of expert opinion testimony shall be made by written motion and filed by **July 23, 2021**. If the party challenging expert testimony anticipates that an evidentiary hearing shall be required, the party shall so advise the Court and opposing counsel in conjunction with the filing of its motions.

**11. Dispositive Motions.** All dispositive motions shall be filed and served on or before **September 21, 2021**.

**12. Motions *in Limine***.

A. *Motions* in Limine: shall be filed and served on or before **December 20, 2021**.

B. *Responses*: shall be filed and served on or before **December 27, 2021**.

C. *Replies*: shall be filed and served on or before **January 3, 2022**.

D. *Notation*: Motions *in limine* shall be noted for hearing at the pretrial conference.

## TRIAL PREPARATION DEADLINES

**13. Exhibit and Witness Lists.**

A. *Exhibit Lists and Witness Lists*: shall be filed and served and exhibits made available for inspection (or copies provided), on or before **December 27, 2021**.

B. *Identification*: The witness list shall include identification of each witness's testimony.

//

**JURY TRIAL SCHEDULING ORDER * 4**

C. *Notation of Exhibits*: Where feasible, all exhibits identified in depositions shall be pre-marked with the exhibit numbers that will be used at trial. Plaintiff's trial exhibits are to be numbered 1 through 199; Defendant's exhibits are to be numbered 200 and following.

D. *Objections*: Objections to the opposing party's witness list or exhibit list and any accompanying briefs shall be filed and served on or before **January 3, 2022**.

E. *Responses*: Responses, if any, to objections shall be filed and served on or before **January 10, 2022**.

**14. Pretrial Exhibit Stipulation.**

A. *Stipulation*: The parties shall prepare a pretrial exhibit stipulation that shall contain each party's numbered list of all trial exhibits with the opposing party's objections to each exhibit, including the basis of the objection and the offering party's brief response. All exhibits to which there is no objection shall be deemed admitted, subject to any objections at trial that could not be raised in advance.

B. *Deadline*: The pretrial exhibit stipulation shall be filed on **January 10, 2022**.

C. Objections to witness and exhibits shall be heard at the pretrial conference.

**15. Designation of Testimony.**

The parties shall notify the Court on or before **December 17, 2021** whether deposition testimony will be used at trial. The Court will then schedule a hearing to review all designated testimony and objections so that a final edited version of the deposition testimony can be prepared for trial.

**16. Pretrial Order.**

A. *Deadline*: A joint Pretrial Order, prepared in accordance with the format provided in Local Rule 16.1(e), shall be filed on or before **January 10, 2022** and a

**JURY TRIAL SCHEDULING ORDER * 5**

copy e-mailed in Word format to the Court at bastianorders@waed.uscourts.gov.

B. *Consistency*: The list of exhibits contained in the joint Pretrial Order shall reflect the exhibit marking scheme described above in paragraph 13(C).

C. *Duplicative Exhibits*: In preparing the joint Pretrial Order, the parties shall confer regarding duplicate exhibits and determine which party will submit such exhibits for trial.

**17. Trial Briefs and Proposed Voir Dire.** Trial briefs and voir dire shall be filed by **January 6, 2022**.

**18. Jury Instructions.** No later than **January 6, 2022**, the parties shall file jointly proposed jury instructions.

A. *Confer*. The parties shall confer regarding jury instructions and file jointly proposed jury instructions and a table of proposed Jury Instructions. The jointly proposed Jury Instructions should address only issues that are unique to this case and shall include instructions regarding the elements of each claim, any necessary definitions, and a proposed verdict form.

B. *Modifications*. If any proposed instruction is a modified version of model instructions or deviate from model instructions, the parties shall identify the modification and cite legal authority for the modification.

**19. Submissions on the First Day of Trial.** The Court requires that the following be submitted to the courtroom deputy clerk on the first day of trial:

A. *Exhibits*. Exhibits for presentation at the trial in tabbed binders indexed by exhibit number with exhibit tags placed consistently on the bottom right corner of each exhibit. Counsel shall submit to the Court an original binder and two copied binders of their exhibits together with three discs or flash drives containing the same.

B. *Exhibit List*. One copy of a final joint exhibit list.

C. *Witness List*. One copy of witness lists in the order in which the witnesses are expected to be called to testify.

**JURY TRIAL SCHEDULING ORDER * 6**

## MODIFICATIONS

**20. Good Cause.** Pursuant to Rule 16 of the Federal Rules of Civil Procedure, this schedule shall not be modified unless the Court finds good cause to grant leave for modifications.

## PRIOR MDL ORDERS

**21.** The parties have agreed to be bound by the following Orders and procedures used in the MDL No. 2325 case:

    a.    PTO #239, ECF No. 32, Ex. A.
    b.    PTO #15, ECF No. 32, Ex. B.
    c.    PTO #171, ECF No. 32, Ex. C.

**22.** The Court **adopts** the protective order that was entered in MDL PTO # 169, ECF NO. 32, Ex. D.

    **IT IS SO ORDERED**. The District Court Clerk is hereby directed to enter this Order and to provide copies to counsel.

    **DATED** this 22nd day of September 2020.

_____
STANLEY A. BASTIAN
United States District Judge

**JURY TRIAL SCHEDULING ORDER** * 7