UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| BETTY NEULEIB,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>AMERICAN MEDICAL SYSTEMS, INC., AMERICAN MEDICAL SYSTEMS, LLC, and ASTORIA WOMEN'S HEALTH LLC,<br><br>　　　　Defendants. | NO. 3:20-CV-05144-SAB<br><br>**AMENDED SCHEDULING ORDER**<br><br>**JURY TRIAL SCHEDULED FOR APRIL 1, 2022** |

　　Before the Court is the parties' Joint Motion to Extend Case Deadlines, ECF No. 42. The motion was heard without oral argument.

　　The parties are having difficulty scheduling key physician depositions and are still waiting for U.C.L.A. Medical Center to send the pathology specimens from Plaintiff's mesh explant surgery. They ask to extend the remaining deadlines and the trial date. Good cause exists to grant the motion.

　　Accordingly, **IT IS ORDERED:**

　　1. The parties' Joint Motion to Extend Case Deadlines, ECF No. 42, is **GRANTED**.

　　2. The September 22, 2020 Scheduling Order, ECF No. 36, is amended as follows:

//

**AMENDED SCHEDULING ORDER** ~ 1

1. **Expert Disclosures**: Each party shall identify its experts and serve written reports on all other parties no later than **August 16, 2021**. Each party shall identify its rebuttal experts and serve written reports on all other parties no later than **September 13, 2021**.

2. **Discovery**: All discovery shall be completed on or before **November 12, 2021**.

3. **Motions to Amend Pleadings**. Any motion to amend the pleadings shall be filed and served by **September 3, 2021**.

4. **Daubert Motion Deadline**. Challenges to the admissibility of expert opinion testimony shall be made by written motion and filed by **September 21, 2021**.

5. **Dispositive Motions**. All dispositive motions shall be filed and served on or before **November 19, 2021**.

6. **Motions in Limine**:

A. Motions in Limine: shall be filed and served on or before **February 18, 2022**.

B. Responses: shall be filed and served on or before **February 25, 2022**.

C. Replies: shall be filed and served on or before **March 4, 2022**.

D. Notation: shall be noted for hearing at the pretrial conference.

7. **Exhibit and Witness Lists**: shall be filed and served and exhibits made available for inspection (or copies provided) on or before **February 25, 2022**. Objections to the opposing party's witness list or exhibit list and any accompanying briefs shall be filed and served on or before **March 4, 2022**. Responses, if any, to objections shall be filed and served on or before **March 11, 2022**.

8. **Pretrial Exhibit Stipulation**: shall be filed on **March 11, 2022**.

9. **Designation of Testimony**: shall notify the Court on or before **February 15, 2022** whether deposition testimony will be used at trial.

10. **Joint Pretrial Order**: shall be filed on or before **March 11, 2022**.

11. **Trial Briefs and Proposed Voir Dire**: shall be filed by **March 7, 2022**.

12. **Jury Instructions**: shall be filed no later than **March 7, 2022**.

13. **Jury Trial**: The January 31, 2022 jury trial is **continued** to **April 4, 2022**, in **SEATTLE**, Washington.

14. The in-person pretrial conference set for January 18, 2022, is **continued** to **March 21, 2022**, at **9:00 a.m.**, in **SEATTLE**, Washington.

**IT IS SO ORDERED**. The District Court Clerk is hereby directed to enter this Order and to provide copies to counsel.

**DATED** this 1st day of June 2021.

_____
STANLEY A. BASTIAN
United States District Judge

**AMENDED SCHEDULING ORDER** ~ 3