UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| BETTY NEULEIB,<br><br>    Plaintiff,<br><br>    v.<br><br>AMERICAN MEDICAL SYSTEMS, INC., AMERICAN MEDICAL SYSTEMS, LLC, and ASTORIA WOMEN'S HEALTH LLC,<br><br>    Defendants. | NO.  3:20-CV-05144-SAB<br><br>**SECOND AMENDED SCHEDULING ORDER**<br><br>**JURY TRIAL SCHEDULED FOR MAY 17, 2022** |

Before the Court is the parties' Joint Motion to Extend Case Deadlines, ECF No. 47. The motion was heard without oral argument.

The parties are having difficulty scheduling key physician depositions and are still waiting for U.C.L.A. Medical Center to send the pathology specimens from Plaintiff's mesh explant surgery. They ask to extend the remaining deadlines and the trial date. Good cause exists to grant the motion.

Accordingly, **IT IS ORDERED:**

1. The parties' Joint Motion to Extend Case Deadlines, ECF No. 47, is **GRANTED**.

2. The June 1, 2021 Scheduling Order, ECF No. 43, is amended as follows:

    1. **Expert Disclosures**: Each party shall identify its experts and serve written reports on all other parties no later than **September 29, 2021**. Each party shall

**SECOND AMENDED SCHEDULING ORDER** ~ 1

identify its rebuttal experts and serve written reports on all other parties no later than **October 27, 2021**.

    2. **Discovery**: All discovery shall be completed on or before **November 30, 2021**.

    3. **Motions to Amend Pleadings**. Any motion to amend the pleadings shall be filed and served by **October 19, 2021**.

    4. *Daubert* **Motion Deadline**. Challenges to the admissibility of expert opinion testimony shall be made by written motion and filed by **November 10, 2021**.

    5. **Dispositive Motions**. All dispositive motions shall be filed and served on or before **January 3, 2022**.

    6. **Motions in Limine**:

    A. Motions in Limine: shall be filed and served on or before **April 5, 2022**.

    B. Responses: shall be filed and served on or before **April 12, 2022**.

    C. Replies: shall be filed and served on or before **April 19, 2022**.

    D. Notation: shall be noted for hearing at the pretrial conference.

    7. **Exhibit and Witness Lists**: shall be filed and served and exhibits made available for inspection (or copies provided) on or before **April 12, 2022**. Objections to the opposing party's witness list or exhibit list and any accompanying briefs shall be filed and served on or before **April 19, 2022**. Responses, if any, to objections shall be filed and served on or before **April 26, 2022**.

    8. **Pretrial Exhibit Stipulation**: shall be filed on **April 26, 2022**.

    9. **Designation of Testimony**: shall notify the Court on or before **March 31, 2022** whether deposition testimony will be used at trial.

    10. **Joint Pretrial Order**: shall be filed on or before **April 26, 2022**.

    11. **Trial Briefs and Proposed Voir Dire**: shall be filed by **April 20, 2022**.

    12. **Jury Instructions**: shall be filed no later than **April 20, 2022**.

**SECOND AMENDED SCHEDULING ORDER ~ 2**

13. **Jury Trial**: The April 4, 2022 jury trial is **continued** to **May 17, 2022**, in **SEATTLE**, Washington.

14. The in-person pretrial conference set for March 21, 2022, is **continued** to **April 25, 2022**, at **9:00 a.m**., in **SEATTLE**, Washington.

**IT IS SO ORDERED**. The District Court Clerk is hereby directed to enter this Order and to provide copies to counsel.

**DATED** this 22nd day of July 2021.

_____
STANLEY A. BASTIAN
United States District Judge

**SECOND AMENDED SCHEDULING ORDER ~ 3**