UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| BETTY NEULEIB,<br><br>    Plaintiff,<br><br>    v.<br><br>AMERICAN MEDICAL SYSTEMS, INC., AMERICAN MEDICAL SYSTEMS, LLC, and ASTORIA WOMEN'S HEALTH LLC,<br><br>    Defendants. | NO.  3:20-CV-05144-SAB<br><br>**ORDER DISMISSING ACTION WITH PREJUDICE** |

Before the Court is the parties' Joint Stipulation for Dismissal with Prejudice, ECF No. 49. The parties indicate they have executed a settlement agreement and move to dismiss all claims asserted against Defendants.

//
//
//
//
//
//
//
//
//

**ORDER DISMISSING ACTION WITH PREJUDICE ~ 1**

Accordingly, **IT IS ORDERED:**

1. The parties' Joint Stipulation for Dismissal with Prejudice, ECF No. 49, is **GRANTED**.

2. Pursuant to the parties' Stipulation, the above-caption matter is **DISMISSED with prejudice**, with each party to bear their own attorney fees and costs.

**IT IS SO ORDERED**. The District Court Clerk is hereby directed to enter this Order, provide copies to counsel, and **close** the file.

**DATED** this 22nd day of September 2021.

_____
STANLEY A. BASTIAN
United States District Judge

**ORDER DISMISSING ACTION WITH PREJUDICE ~ 2**